```
1  Daniel L. Feder (SB#130867)
   THE LAW OFFICES OF DANIEL FEDER
2  807 Montgomery Street
   San Francisco, CA 94133
3  (415) 391-9476
   Palvir K. Shoker, Esq. (SB# 215533)
4  LADVA, SHOKER & ASSOCIATES
   530 Jackson Street, 2nd Floor
5  San Francisco, CA 94133
6  (415) 296-8844
7  Attorneys for Plaintiff
```

**FILED**
OCT 2 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIRANDEEP K. KANG<br><br>Plaintiff(s),<br><br>v.<br><br>STANFORD UNIVERSITY, CAROL PORTER, CATHERINE DOWLEY, DOES 1-25,<br><br>Defendant(s). | Case No.: C 05 02961 JF<br><br>**STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective attorneys of record as follows:

WHEREAS, Plaintiff Kirandeep K. Kang filed a lawsuit against Defendants Stanford University et al in the Santa Clara County Superior Court on June 15, 2005, Santa Clara County case number CGC-105CV044323;

STIPULATION FOR DISMISSAL
- 1 -

1  WHEREAS, Defendants Stanford University, et al thereafter filed a Petition for Removal to Federal Court of case number CGC-105CV044323 based on Federal question jurisdiction;

WHEREAS, Plaintiff Kirandeep K. Kang has subsequently filed another action in Santa Clara County Superior Court against Defendants Stanford University, et al, alleging only causes of action under California law;

WHEREAS, Plaintiff Kirandeep K. Kang does not intend to pursue any claims or causes of action against Defendants based on Federal law, the parties stipulate that:

The Federal Court Action (case number C 05 02961 JF) should be dismissed without prejudice.

Dated: October 12, 2005

LAW OFFICES OF DANIEL L. FEDER

By: _____
Daniel L. Feder
Attorneys for Plaintiff Kirandeep K. Kang

Dated: _____, 2005

GORDON & REES LLP

By: _____
Michael I. Lucey
Attorneys for Defendants Stanford University, et al.

STIPULATION FOR DISMISSAL
- 2 -