Case 5:05-cv-02961-JF  Document 12  Filed 10/25/05  Page 1 of 1

FILED
OCT 2 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIRANDEEP K. KANG | Case No.: C 05 02961 JF |
| Plaintiff(s), | |
| v. | **ORDER RE ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| STANFORD UNIVERSITY, CAROL PORTER, CATHERINE DOWLEY, DOES 1-25, | |
| Defendant(s). | |

The parties having stipulated to dismissal of the above-referenced action without prejudice and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

The above-referenced action is dismissed without prejudice.

Dated: 10-24, 2005

By: _____
Honorable Jeremy Fogel